TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00633-CR

Edward Dwaine Holder, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 198TH JUDICIAL DISTRICT

NO. 4220, HONORABLE EMIL KARL PROHL, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Kidd and Patterson

Dismissed on Appellant's Motion

Filed: December 16, 1999

Do Not Publish